# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Nina Marie Strickland,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv279

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2011 Order.

Signed: August 8, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court